ACME NAVAL STORES CO. v. NORTHERN INVESTMENT CORP.

149 So. 336.

Order Entered July 8, 1933.

*D. C. Campbell,* for Appellants;
*Claude Ogilvie,* for Appellee.

PER CURIAM.—This cause having been reached by·the
Court for disposition in due course, and it appearing to the
Court that no briefs have been filed by appellants herein
within the time nor in the form required by the rules, or at
all, it is thereupon considered, ordered and adjudged that
the appeal be and the same is hereby dismissed.

Appeal dismissed.

DAVIS, C. J., and WHITFIELD, ELLIS, TERRELL, BROWN
and BUFORD, J. J., concur.